IN AND FOR THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
CAMERON COUNTY COURTHOUSE
974 E. HARRISON
BROWNSVILLE, TX 78521

United States District Court
Southern District of Texas
FILED

OCT 1 9 2007

Michael N. Milby
Clerk of Court

MEDIA MARKETING

PLAINTIFF,

Vs.

BORDER FURNITURE LLC DBA
FURNITURE DEPOT CENTER;
DOES 1-50 INCLUSIVE

DEFENDANTS

Case No.:

COMPLAINT FOR BREACH OF
CONTRACT; WORK, LABOR, AND
SERVICES; QUANTUM MERUIT;
FRAUD

Civil Action No.: B-07-172

Comes now PLAINTIFF MEDIA MARKETING and alleged and complains as follows:

**FIRST CAUSE OF ACTION – BREACH OF CONTRACT**

1. Plaintiff is at all times mentioned herein a Texas proprietorship located in the County of Cameron and the City of La Fiera, Texas.

2. Defendant is at all times mentioned herein a business, form unknown, in the County of Hildago and the City of McAllen, Texas.

3. The true names and capacities, whether individual, corporate, associate, or otherwise of defendants named herein as Does 1

- 1

through 50, inclusive, are unknown to plaintiff who therefore sues said defendants by such fictitious names. Plaintiff will amend this Complaint to show the true names and capacities of these defendants when the same has been ascertained. Plaintiff is informed and believes that each fictitiously named defendant is responsible in law and in fact for the obligations alleged herein. Plaintiff is informed and believes and thereon alleges that at all relevant times each of the defendants was acting within the scope and course of their agency and employment.

4. The contract upon which this action is based was made and was to be performed in the County of Cameron, State of Texas; accordingly, the County of Cameron is the proper venue for any action arising out of the agreement.

5. On or about January 1, 2007, plaintiff and defendants and each of them, entered into a contractual Agency Agreement (hereinafter "Agreement"), whereby Defendant agreed to engage Plaintiff for media advertising services. Said contract is included herein as EXHIBIT A.

6. Plaintiff has performed all of the conditions, covenants, and promises required by it to be performed in accordance with the terms and conditions of the Agreement, including, without limitation, arranging media advertising on behalf of Defendant aggregating $50,976.76.

7. Plaintiff billed Defendants pursuant to the Agreement $50,976.76.

8. Defendants breached the Agreement by failing to pay Plaintiff the sum of $50,976.76.

9. As a result of the breach of defendants, the sum of $50,976.76 is now due, owing, and unpaid. Demand has been made on defendants, and each of them, for repayment, but defendants, and each of them, have failed and refused and continue to fail and refuse, to repay the sums billed by Plaintiff.

10. Defendants, and each of them, have therefore breached their written Agreement with plaintiff, who has been damaged thereby in the sum of $50,976.76.

## SECOND CAUSE OF ACTION –
## FOR WORK, LABOR AND SERVICES

11. Plaintiff realleges the allegations set forth in paragraphs 1 through 10 above.

12. Within the past two years, defendant became indebted to plaintiff for work, labor, and services rendered defendant and for which defendant promised to pay plaintiff in the amount of $50,976.76.

13. Neither the whole nor any part of the above sum has been paid notwithstanding that demand has been made for payment, and there is now due, owing, and unpaid from defendant the sum of $50,976.76, together with interest thereon according to proof.

## THIRD CAUSE OF ACTION – FOR QUANTUM MERUIT

14. Plaintiff realleges the allegations set forth in paragraphs 1 through 13 above.

- 3

15. Within the past two years, plaintiff rendered work, labor, and services to defendant at the special request of defendant for which defendant, then and there, promised to pay defendant the reasonable value of such services.

16. No part of the above sum has been paid, notwithstanding that plaintiff has demanded payment therefore, and there is now due, owing, and unpaid from defendant to plaintiff the sum of $50,976.76.

## FOURTH CAUSE OF ACTION – FRAUD

17. Plaintiff realleges the allegations set forth in paragraphs 1 through 16 above.

18. On or about January 1, 2007, at La Fiera, Texas, defendants and each of them represented to plaintiff that they would pay plaintiff within 30 days of plaintiff's billings to defendants. These representations were false and defendants knew the falsity of the statements at the time they were made.

19. Plaintiff is informed and believes and thereon alleges that defendants, and each of them, had no real intention to repay plaintiff, but, rather, to merely obtain free services at plaintiff's expense.

20. Plaintiff is informed and believes and thereon alleges that defendants, and each of them, made false and misleading representations to plaintiff as an inducement for plaintiff to perform services, when in fact defendants knew they did not have nor would they have the financial wherewithal to repay plaintiff. Accordingly, plaintiff has relied upon defendants'

- 4

false and misleading representations to its financial detriment. Plaintiff seeks compensatory damages in the amount of $25,000 for said acts.

21. Defendant's acts were malicious, fraudulent, and oppressive, justifying an award of punitive damages so defendants and each of them will not engage in such conduct in the future and make an example of them.

WHEREFORE PLAINTIFF PRAYS for judgment against defendants and each of them as follows:

1. For the sum of $50,976.76 for breach of contract and the value of its performance.

2. For $25,000 general damages through defendants' fraud.

3. For punitive damages according to proof.

4. For legal fees and costs incurred herein.

5. For such other and further relief as the court deems proper and just.

DATED: 10/5/07

_____

BY: CONNIE BEARDEN
PRESIDENT
MEDIA MARKETING
PLAINTIFF

- 5

# EXHIBIT A

# *Media Marketing*

26141 N. Kansas City Road
La Feria, Texas 78559
Phone-(956) 797-9611\Fax-(956) 797-3946

### AGENCY AGREEMENT

This document certifies that **Media Marketing** (Agency) has been selected to act as the Agency of record for __Furniture Depot Center__ (Client). The Agency will be responsible for the following duties as negotiated with client:

1. Select Media purchasing
2. Creative production for media (if requested)
3. Concept development for marketing strategies (when requested)
4. Coordination of advertising and marketing budgets (as needed)
5. Other fees for services will be negotiated as needed

*Contract Term/Cancellation:* This contract is for ___UFN___ beginning __1/1/07__. Either the Client or the Agency may cancel this agreement with 30 days written notice.

*Reimbursements:* Agency will be reimbursed for postage and shipping, long distance phone or fax, or other expenses incurred as a direct cost of doing business for Client. All charges will be kept daily, and a monthly itemized invoice will be submitted to the Client.

*Media Cancellations:* If during any current schedule, Client wishes to cancel media placement, Client must submit such cancellation, in writing, to our office no less than 72 HOURS prior to the next air date. If Client fails to submit cancellation within time frame, Client will be invoiced for spots that air. This is a current station policy and has been followed faithfully by Media Marketing, as an acting agent, agreeing to uphold station policies in reference to it's clients.

*Production Billing:* Invoices, if any, will be submitted as of the date of completion of the job and is due and payable within 30 days.

*Monthly Billing:* All billing will be submitted to client upon invoicing from the stations. Client will in turn pay Media Marketing within 30 days giving Media Marketing ample time to get the payment to the stations according to their payment terms.

*Agency Commissions:* Agency further stipulates that all media commissions and discounts allowed agencies be paid to the Agency.

*Monthly Retainer:* Media Marketing is charging said client a retainer fee in the amount of $0 per month. This amount, if any, will be added to your bill at the end of each month.

*Agency Disclaimer:* Media Marketing and More acts solely as an agent for our client, the advertiser named herein, and assumes no liability for payments whatsoever of these charges if Client should default on payment.

*Legal Fees:* If any action at law or in equity is brought to enforce or interpret any or all of the provisions of this Agreement, the prevailing party shall be entitled to reasonable and necessary attorney's fees in addition to any other relief to which he may be entitled.

We agree to these terms this __1st__ day of __Jan__, 200__7__

_____    _____
Accepted for Client                    Accepted for Media Marketing

Billing Address: ___(internal purposes. only)___
___1800 S Main #135___
___McAllen, Texas 78503___